# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller
Craig W. Albee
Joseph A. Bugni
Anderson M. Gansner
Juval O. Scott

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 23, 2014

Hon. Charles N. Clevert
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4500

RE:   *United States v. Ronnie B. Wells,* Case No. 12cr217

To the Honorable Charles N. Clevert,

This Court previously ordered that Mr. Wells' sentencing take place on June 24. I just learned that my son has to have surgery for some problems with his ears and sinuses. The surgery is scheduled for June 25, with the day before being devoted to pre-operation procedures and meetings.

I would like to be there for my family that day, and also appear for Mr. Wells' sentencing when I am not distracted with other thoughts. Thus, I would respectfully request that the Court continue Mr. Wells' sentencing. I have contacted AUSA Mario Gonzales and he has no objection to this request.

Thank you for your attention to this matter.

Sincerely,

s/Joseph A. Bugni
   Joseph A. Bugni

JAB/lc