# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller
Craig W. Albee
Joseph A. Bugni
Anderson M. Gansner
Juval O. Scott

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

June 24, 2014

Hon. Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Ronnie B. Wells,* Case No. 12cr217

To the Honorable Nancy Joseph:

Almost two years ago, Mr. Wells was released on bond pending trial. Since then he has had no violations on pretrial release. Last weekend, he graduated from ITT tech with honors and is preparing to study computer science at University of Wisconsin Milwaukee. He and his girlfriend would like to celebrate and spend three days at a resort in Gurnee, Illinois. Thus, he would like to travel to the Northern District of Illinois from June 27–29.

I have spoken with both AUSA Mario Gonzales and USPO Joe Madia and neither object to this request.

Thank you for your attention to this matter.

Sincerely,

*Joseph A. Bugni*
Joseph A. Bugni

JAB/lc

N:\Cases-Open\W-X\Wells, Ronnie B. - 13-002\Correspondence\0624.2014 request to travel ltr.wpd