# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender

Craig W. Albee
Joseph A. Bugni
Anderson M. Gansner
Juval O. Scott

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

August 21, 2014

Honorable Charles N. Clevert, Jr.
United States District Court Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202-4500

RE:   *United States v. Ronnie B. Wells*
      Case No. 12-CR-217 (CNC)

To The Honorable Charles N. Clevert:

Mr. Wells' sentencing is scheduled to take place on August 26. At that hearing, the defense will request that Mr. Wells receive a time-served sentence.

Despite the fact that Mr. Wells has previous convictions for drug dealing, much supports that recommendation. No one disputes that Mr. Wells has truly turned his life around; indeed, the PSR makes clear that the same man who graduated last in his class from Vincent Highschool, is now a member of the national honor society, and in a couple weeks is set to study computer science at the University of Wisconsin-Milwaukee.

Rather than droning on about the facts of this case and Mr. Well's life, I believe that what speaks loudest about this case and the § 3553(a) factors are his own words. Over the last couple months, Mr. Wells has worked hard at composing the attached letter to the Court, which will stand as a written allocution. It gives a good indication

Honorable Charles N. Clevert, Jr.
August 21, 2014
Page 2

of his character, his regrets for what he did, and his hopes for the future. All of which militates towards leniency.

Also attached to this letter are several letters from his professors, which support the great strides he has made in his character and education.

Thank you for your attention to this matter.

Sincerely,

/s/     *Joseph A. Bugni*

JAB/cm

Enclosures