August 11, 2014

Dear Honorable C.N. Clevert Jr.,

On August 26, 2014, I will stand before you for sentencing. I am remorseful and ashamed of the choices that bring me before you. I take the full blame and responsibility for my actions. I knew what I did was wrong. I should have been stronger in my quest to be a productive member of society and have a successful career and life away from prison. There are no excuses for my behavior, and I am not making them in this letter. But I would like you to know a little more about the man you are sentencing then what the presentence report gives you.

I was born on March 11, 1975 to Ronnie Wells Sr. and Alecia Simmons-Wells. Tragically, exactly one year later on March 11, 1976, my mother Alecia Wells died. This is not the way a child should have to grow up, learning that the one who bore him was abruptly taken away before he could get a chance to know her or experience the love she was meant to give as a mother. A child is truly a blessing from God and should be cared for and loved by his parents. This was not the case in my situation because after my mom passed away my dad took it upon himself to cope with her loss by leaving me. In my eyes, he was a coward for turning away from his son and turning to drugs.

My father didn't take responsibility for the son that he had. Instead, he decided to start another family of his own by Luvirn Perry, my stepmother who is a wonderful person and loving mother. He ended up abandoning my stepbrothers too. He kept drinking and doing drugs. He used to beat my stepmother up and take her money, then go out and rob people and do more drugs he was just totally out of control.

My first brush with drugs was marijuana when I was in high school and my dad found out that I had two ounces of weed. I just knew he was going to take it and punish me real good, but what he did astounded me to this day. He took the marijuana looked at it, took a bunch out, and then gave it back and said, "Don't let me catch you with this again." I was 14 years old at the time, and he made me think that there was nothing wrong with what I was doing. So I continued on with what I was doing until I met some people who thought I was cool enough to hang out with them and this is where I learned about cocaine. I started to sell cocaine.

Eventually I dropped out of school to deal full time and I continued until I was busted in 1994 and received twenty-two months. I went to prison at the age of nineteen and I thought that was the worse thing that could happen at that time because I hadn't completed high school. While incarcerated, I wrote a letter to my school (Harold S. Vincent) pleading my case. I explained that I had made a grave mistake and wish there was a way I could still obtain my regular diploma, so many weeks after sending off that letter, I finally received a reply stating that they were

allowing me to finish the remaining two credits and other work that they would send me. The school administration had one stipulation; that I complete the G.E.D. program also, which meant double the work for me. But still I finished.

So when I was released in 1994 I could receive my diploma. After that I worked a bunch of temp service jobs that didn't lead anywhere, but I continued to pursue work anywhere I could. I completed my time on parole and things started to look up for me until 1997 when I found myself back selling drugs again. I'm not making excuses for myself but it was hard finding a job, and I was immature and stupid. So I took the easy road out and began my downward spiral again.

To make matters worse I ran into my dad and I thought that he would discipline me real good and tell me I was making the wrong choices in life. But he didn't. He used me as a source of free drugs. My grandmother would always say "Do wrong and wrong will follow you." I ended up getting busted again, this time I received a four-year sentence.

So the age of twenty-two I found myself back in prison, which really started to get to me. I started thinking that the choices I was making were completely wrong because I kept going to jail. I ended up in the federal system as a state prisoner because of overcrowding and I met some guys that had a lot of time, which helped me to reconsider this so-called life I set myself up for. I started to think that if I didn't start making the right choices, I could end up wasting my entire life like the guys in there that I met. I served my time and was released in 2000, at the age of 26.

After my release, I decided that it was time to do the right thing not only for myself but for my family as well. A cousin of mine told me that he hated seeing me get into trouble, so he said that he has connections, where I could get a good job and start making strides for myself. So I started out in the customer service field and really started to enjoy it. After the first job ended, I immediately got another job doing customer service. That job only lasted three months, but because I was such a good worker, the lady from the headquarters offered me a job at the main office in Denver, CO.

So in 2005, I broke away from Milwaukee, and I went to work in Denver. The HR person asked if I wanted to come in to take the computer test, which I did and passed and started employment with the same company. So I continued my success in the customer service field and I moved around to different jobs.

The deeper I got into customer service, the more I wanted to learn, so I decided to further my education. I started my college career at ITT Tech in Denver, CO in 2008 and was getting good grades until a bad financial situation plagued me, and I had to drop out. I worked a few more temp jobs until March of 2010 when I returned home to Wisconsin because the pressure of being on my own became too much for me.

When I came back to Wisconsin I knew I had to have a plan in order to be successful, because without a plan I would not succeed. I tried customer service jobs, but after many many interviews and rejections I started to get down. So I decided to obtain my (PPL), which is a Public Passenger License and drive cab. I also hoped to earn enough to go back and finish school. But I had to start to repay some of the student loans that I had before I could re-enter school, and I had no money. I also couldn't start driving because I didn't have the money to get started. So I quickly became depressed and started to mope around.

I ended up hanging out with my old friends and they offered me money to just drive them different places because I had my driver's license. All of a sudden my old friend Bennie, Ronald McDaniels asked me if I wanted to make some real money, and I said yes.

I knew the risk and I knew the consequences, but I made that stupid decision anyway. I figured that I would do it for a little while, save some money to start my cab business and stop for good because I always told myself I was better than just being some low life drug dealer.

But that's exactly what I became, just another drug dealer. Eventually I ended up going to jail and facing the rest of my life behind bars. Those first couple of days, I just asked myself; "How did I allow myself to be in this situation." I looked back to Denver and my choices when I came back, and I took the easy road, which I knew wasn't right. I've came to a point in my life where I have too much to lose, to continue to make such stupid mistakes.

Once I was released, Mr. Bugni encouraged me to do what was right and drive cab and go to school. He was adamant and made me read many books. He ganged up with my grandma and they provided a strong voice in my corner encouraging me along the path. I've made some great improvements within myself by reading books such as Matthew Kelly's *Rhythm of Life*, C.S. Lewis's *Mere Christianity* and Dr. Spencer Johnson's *Who Moved My Cheese?*.

Reading these books have helped me think and really think before I act and I really turn to God and my conscience to make the right choices. Also, they've made me think how things can change and you have to have the ability to change with them and not be stuck in your old ways. You always have room for improvement and can find new ways to deal with difficult situations.

In addition to reading, I was able to drive taxi and save some money working a real job. It was hard work, but I was drug free and enjoying honest work. Then months later I got back into school and vowed to myself to strive for excellence and prove not only to my family and myself what I always knew: that I could be someone of substance and great character.

I drove cab during the day, and at night I went to school and studied my butt off. I started achieving good grades and really becoming passionate about my

career field. Ultimately, I graduated with honors from ITT Technical Institute with a degree in ASSOCIATE OF APPLIED SCIENCE in NETWORK SYSTEMS ADMINISTRATION, 3.43 cumulative G.P.A. I am in the National Technical Honors Society, and I am proud to report that my final two semesters I had a 3.9 G.P.A..

This summer, I applied and was accepted at UWM to be part of its computer science program. I was even offered a scholarship. So this fall I plan to begin my studies in computer science, and I should complete my Bachelors of Science in a year and a half. Before I finish I hope to have a job in my field and take meaningful steps to get my Masters.

I can't say that this has been easy, it hasn't. I have worked hard, very hard. I have also seen the fruits of my hard choices and the consequences of my bad choices. My teachers and counselors have told me that with my grades I should have a job. But I have been on over 60 interviews and the feedback that I receive is that the felony disqualifies me from working in their company.

It is hard to get so far and see that my stupid decisions are still getting in my way. But I don't have anyone to blame but myself. I made all those choices. I committed those crimes but they do not define me and they will not keep me from succeeding. I may not walk an easy path but it will be my path, and I will continue to strive for excellence.

While attending UWM I plan on continuing to look for an internship or entry-level position, where my technical skills will be of great use to end users. I will remain drug-free and be a upstanding citizen.

Thank you for taking the time to read this letter.

Sincerely,

*Ronnie Wells*

Ronnie D. Wells.

**ATTACHMENT**

**ITT Technical Institute**
*ITT Educational Services, Inc.*

**School of Information Technology**

February 7, 2014

To Whom It May Concern:

I have known Ronnie Wells for two years having taught him in several classes and because he is a member of my program here at ITT Technical Institute.

During his time here, Ronnie has kept his focus on his work and arrived at his final quarter with a 3.83 grade point average. He has compiled this outstanding academic record because of his attention to the tasks at hand.

Please consider Mr. Wells for employment with your organization. I know that he can be an asset to your company; his work ethic and diligence making him an exceptional candidate for any position.

Respectfully submitted,

William Hogan, School Chair, Information Technology
BA - Mgmt. Info System, MS – Information Security
A+, N+, Inet+, MS Certified Professional, CCNA



**ITT Technical Institute** **ITT**  6300 West Layton Avenue  (414) 282-9494
Greenfield, WI 53220-4612  Fax: (414) 282-9698
www.itt-tech.edu

June 2, 2014

To Whom It May Concern,

I am writing this reference at the request of Ronnie Wells.

I have known Ronnie Wells for six months in my capacity as School Chair of Drafting and Design at ITT Technical Institute. Ronnie has been a pro-active student and has been invested in his success at ITT. Ronnie is quick to turn in his work and will continue to make adjustments where needed in order to meet his goals.

Ronnie is always interested in improving his education and is looking to become an elite member in the IT community. As an example, Ronnie has requested that ITT provide students with more opportunities to repair computers for the community and he has dedicated himself to participate when the opportunity arises. Ronnie has always been aware of what he needs in order to be proficient and prepared within the IT field.

If Ronnie's performance at ITT is any indication of how he'd perform on the job site, Ronnie would be a positive addition to your organization. If you should ever need any additional information you can feel free to contact me by phone or by email at anytime.

*Brad Cress*
School Chair of Drafting and Design
ITT Technical Institute
BCress@itt-tech.edu
PH: 414-304-3300

**ATTACHMENT**


# Product Development Corporation
*Value-added Distribution, Fulfillment and Information Management*

Dear Prospective Employer,

I am writing on behalf of Ronnie Wells, an employee of Product Development Corporation, to recommend him for employment opportunities at your business.

Ronnie is seeking employment outside of Product Development because his job is being displaced due to company closing. I am writing this letter to assist him in successful out-placement and re-employment.

Ronnie has been employed with Product Development for 3 months and has done an exceptional job as a Customer Service / Sales Representative. His training includes a strong orientation towards product knowledge, customer service, quality work and dependability. At Product Development we are very proud of Ronnie's accomplishments and how he has met our high standards of job performance, codes of conduct and business ethics. We are also proud of how he has displayed good and loyal customer service as well as a good team player. I'm sure these qualifications will be viewed as positive attributes to bring to your company.

Thank you for considering Ronnie for a position at your company.

Should you require further information or references for Ronnie, please do not hesitate to contact Karen Moscato, Regional Human Resources Manager, at 219-246-1111, ext. 103

Sincerely,


Deborah Warren
Product Development Corporation
Call Center Supervisor

**ATTACHMENT**
5611 W. Mill Road • Milwaukee, WI 53218



June 04, 2014

To Whom It May Concern:

This is to verify that Ronnie Wells was inducted into the National Technical Honor Society at ITT Technical Institute, Greenfield, WI during the 2014 school year.

Founded in 1984, NTHS is a non-profit organization established to recognize excellence in workforce education and award scholarships to its members. NTHS membership is now considered America's highest award for excellence in career and technical education.

As a member of the National Technical Honor Society, Ronnie Wells has demonstrated the skills, ability and commitment required by today's quality-driven business and industry.

Sincerely,

C. Allen Powell
Executive Director

*"success favors the prepared mind"*

P.O. Box 1336 | Flat Rock, NC 28731 | 828.698.8011 | Fax 828.698.8564 | www.nths.org

**FOUNDERS**
C. Allen Powell    Jon H. Poteat    Patricia S. Poteat

Case 2:12-cr-00217-CNC   Filed 06/24/14   Page 8 of 8   Document 245-1

ATTACHMENT