UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                       Case No. 12-CR-217

RONALD MCDANIELS,

        Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is represented by Assistant United States Attorney Lisa Wesley.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2015.

        Respectfully Submitted,

        GREGORY J. HAANSTAD
        Acting United States Attorney

By:

        s/LISA WESLEY
        Assistant United States Attorney
        Lisa A. Wesley Bar Number: 1023783
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin  53202
        Telephone: (414) 297-1746
        Fax: (414) 297-1738
        E-Mail: lisa.wesley@usdoj.gov